B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re   Angela C. Sbriglia
        George Sbriglia                    ,            Case No.  18-11339-BLS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
AMIP Management
3020 Old Ranch Parkway, Ste. 180
Seal Beach, CA 90740
  Phone:  800-931-2424
  Last Four Digits of Acct #:    9498

Court Claim # (if known):    16-1
Amount of Claim:    $262,420.09
Date Claim Filed:    08/15/2018

Phone:  800-931-2424
Last Four Digits of Acct. #:    9498

Name and Address where transferee payments should be sent (if different from above):
c/o FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809
Phone: 
Last Four Digits of Acct #:    9498

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date:  01/30/2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.